BILL RIDLEY v. STATE.

No. A-480.   Opinion Filed March 21, 1911.

Appeal from Stephens County Court; W. H. Admire, Judge.

Plaintiff in error was convicted in the county court of Stephens county on a charge of selling intoxicating liquor, and appeals.   Affirmed.

E. E. Morris, for plaintiff in error.
Smith C. Matson, Asst. Atty. Gen., for defendant in error.

PER CURIAM. Upon a careful examination of the record in this case, we think the judgment of the court below should be affirmed, and it is so ordered.